ALBERT GREEN, Appellant, v. METROPOLITAN SAVINGS BANK and Others, Defendants, and WILLIAM J. CLARK, Respondent.— Order granting motion of defendant Clark for a change of venue from Queens county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.